UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JOHN ADAMS, *et al.*,

    Plaintiffs,

    v.

STIMSON LUMBER COMPANY, *et al.*,

    Defendants.

No. CV-13-0119-RHW

**ORDER DISMISSING CASE**

Before the Court is Plaintiffs' Notice of [voluntary] Dismissal, ECF No. 11. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs ask the Court to dismiss this action, with prejudice, and without costs to any of the parties therein. Defendants have neither answered Plaintiffs' Complaint, nor filed any dispositive motions.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned Complaint is **DISMISSED,** with prejudice, and without costs to any of the parties therein.

2. All pending hearings and deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel and **CLOSE** the file.

**DATED** this 9th day of July, 2013.

                *s/Robert H. Whaley*
                ROBERT H. WHALEY
           Senior United States District Judge

**ORDER DISMISSING CASE * 1**